## UNITED STATES DISTRICT COURT
## a.DISTRICT OF MINNESOTA

D. Dean Spatz,

          Plaintiff,

v.

Huron Commodities, Inc.,

          Defendant.

Case No. 08-cv-00233 (PAM/JSM)

**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to the parties' Stipulation for Dismissal With Prejudice filed with the Court on March 16, 2009, it is hereby ordered that the above-entitled action, and all claims and counterclaims filed therein, shall be and hereby are, dismissed with prejudice, and without costs awarded to either party.

IT IS SO ORDERED.


Dated: March __20__, 2009    s/Paul A. Magnuson
                                        The Honorable Paul A. Magnuson
                                        District Court Judge